B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**American Hospitality Group, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Grand Island Holiday Inn** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-1274406** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**2945 East River Road**<br>**Grand Island, NY**<br>ZIP Code **14072** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Erie** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**100 Whitehaven Road**<br>**Grand Island, NY**<br>ZIP Code **14072** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9     of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13     of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as         business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **American Hospitality Group, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **American Hospitality Group, LLC** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
   Signature of Debtor

**X** _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Arthur G. Baumeister, Jr.** _____
   Signature of Attorney for Debtor(s)

  **Arthur G. Baumeister, Jr.**
Printed Name of Attorney for Debtor(s)

  **Amigone, Sanchez, Mattrey & Marshall LLP**
Firm Name
  **1300 Main Place Tower**
  **350 Main Street**
  **Buffalo, NY 14202**

_____
Address

     **Email: abaumeister@amigonesanchez.com**
**(716) 852-1300  Fax: (716) 852-1344**
Telephone Number
  **May  6, 2010**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Howard L. Schweitzer** _____
   Signature of Authorized Individual
  **Howard L. Schweitzer**
Printed Name of Authorized Individual
  **Managing Memeber**
Title of Authorized Individual
  **May  6, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Western District of New York

In re **American Hospitality Group, LLC**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Advanced Safety**<br>**6746 Akron Road**<br>**Lockport, NY 14094** | **Advanced Safety**<br>**6746 Akron Road**<br>**Lockport, NY 14094** | **vendor** | | **4,709.47** |
| **Beacon Equipment Leasing**<br>**95 Hopkins Street**<br>**Buffalo, NY 14220** | **Beacon Equipment Leasing**<br>**95 Hopkins Street**<br>**Buffalo, NY 14220** | **services** | | **5,932.53** |
| **Boulevard Produce**<br>**855 Young Street**<br>**Tonawanda, NY 14150** | **Boulevard Produce**<br>**855 Young Street**<br>**Tonawanda, NY 14150** | **vendor** | | **24,464.06** |
| **Boylan, Brown, Code, Vigor &**<br>**Wilson, LLP**<br>**24 Chase Square**<br>**Rochester, NY 14604** | **Boylan, Brown, Code, Vigor & Wilson,**<br>**LLP**<br>**24 Chase Square**<br>**Rochester, NY 14604** | **attorneys fees** | | **14,308.00** |
| **Eaton Office Supply, Inc.**<br>**180 John Glenn Drive**<br>**Buffalo, NY 14228** | **Eaton Office Supply, Inc.**<br>**180 John Glenn Drive**<br>**Buffalo, NY 14228** | **vendor** | | **7,690.72** |
| **Everlasting Memories**<br>**1450 Niagara Falls Boulevard**<br>**Suite 210**<br>**Tonawanda, NY 14150** | **Everlasting Memories**<br>**1450 Niagara Falls Boulevard**<br>**Suite 210**<br>**Tonawanda, NY 14150** | **vendor** | | **8,770.88** |
| **Home Depot Supply**<br>**P.O. Box 509058**<br>**San Diego, CA 92150-9058** | **Home Depot Supply**<br>**P.O. Box 509058**<br>**San Diego, CA 92150-9058** | **vendor** | | **6,530.62** |
| **Integrys Energy Services**<br>**P.O. Box 13248**<br>**Green Bay, WI 54307-3248** | **Integrys Energy Services**<br>**P.O. Box 13248**<br>**Green Bay, WI 54307-3248** | **services** | | **44,155.04** |
| **JB Landscaping &**<br>**Snowplowing**<br>**P.O. Box 841**<br>**Grand Island, NY 14072** | **JB Landscaping & Snowplowing**<br>**P.O. Box 841**<br>**Grand Island, NY 14072** | **services** | | **5,034.03** |
| **John W. Danforth Service**<br>**Company**<br>**300 Colvin Bouleviardl**<br>**Tonawanda, NY 14150** | **John W. Danforth Service Company**<br>**300 Colvin Bouleviardl**<br>**Tonawanda, NY 14150** | **vendor** | | **8,305.92** |

In re   **American Hospitality Group, LLC**                                    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Maximus Multimedia Int'l**<br>**1520 W. Altorfer Drive**<br>**P.O. Box 1529**<br>**Peoria, IL 61655** | **Maximus Multimedia Int'l**<br>**1520 W. Altorfer Drive**<br>**P.O. Box 1529**<br>**Peoria, IL 61655** | advertising | | 5,520.00 |
| **Micros Systems, Inc.**<br>**P.O. Box 23747**<br>**Baltimore, MD 21203-5747** | **Micros Systems, Inc.**<br>**P.O. Box 23747**<br>**Baltimore, MD 21203-5747** | vendor | | 16,081.88 |
| **Niagara University Athletics**<br>**P.O. Box 2009**<br>**Niagara University, NY 14109-2009** | **Niagara University Athletics**<br>**P.O. Box 2009**<br>**Niagara University, NY 14109-2009** | credit | | 5,000.00 |
| **North American Hockey**<br>**35 Countryside Lane, Apt. 8**<br>**Orchard Park, NY 14127** | **North American Hockey**<br>**35 Countryside Lane, Apt. 8**<br>**Orchard Park, NY 14127** | credit | | 16,359.00 |
| **NU Jr. Purple Eagles**<br>**2749 Lockport Road**<br>**Niagara Falls, NY 14305** | **NU Jr. Purple Eagles**<br>**2749 Lockport Road**<br>**Niagara Falls, NY 14305** | credit | | 7,080.00 |
| **One Communications**<br>**2150 Holmgren Way**<br>**Green Bay, WI 54304** | **One Communications**<br>**2150 Holmgren Way**<br>**Green Bay, WI 54304** | services | | 9,943.92 |
| **Productive Transportation Inc.**<br>**530 Grand Island Boulevard**<br>**Tonawanda, NY 14150** | **Productive Transportation Inc.**<br>**530 Grand Island Boulevard**<br>**Tonawanda, NY 14150** | transportation | | 5,046.98<br><br>(0.00 secured) |
| **River Oaks Golf Club**<br>**201 Whitehave Road**<br>**Grand Island, NY 14072** | **River Oaks Golf Club**<br>**201 Whitehave Road**<br>**Grand Island, NY 14072** | services | | 4,377.22 |
| **Sealy Mattress Company**<br>**Veterans Memorial Drive**<br>**Green Island, NY 12183-1517** | **Sealy Mattress Company**<br>**Veterans Memorial Drive**<br>**Green Island, NY 12183-1517** | vendor | | 6,551.10 |
| **U.S. Foodservice**<br>**P.O. Box 644547**<br>**Pittsburgh, PA 15264-4547** | **U.S. Foodservice**<br>**P.O. Box 644547**<br>**Pittsburgh, PA 15264-4547** | vendor | | 112,419.81 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Memeber of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May  6, 2010** _____         Signature    **/s/ Howard L. Schweitzer** _____
                                                                       **Howard L. Schweitzer**
                                                                       **Managing Memeber**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

A-quipment Repairs & Hood Cleaner
P.O. Box 31
East Concord, NY 14055

Ad Logic Marketing Group
761 N. Forest Avenue
Buffalo, NY 14221

Advanced Safety
6746 Akron Road
Lockport, NY 14094

All Seasons Rental
5885 Transit Road
East Amherst, NY 14051

Allied Waste Services #111
2321 Kenmore Avenue
Buffalo, NY 14207

Alsco
548 St. Paul Street
Rochester, NY 14605

American Hotel Register
16458 Colections Center Drive
Chicago, IL 60693

Amherst Chamber of Commerce
350 Essjay Road, Suite 200
Buffalo, NY 14221

Anderson Electric Supply Co.
910 Factory Outlet Blvd.
Niagara Falls, NY 14304

Aqua Wood 2004
3681 Sacramento Unit 3
San Luis Obispo, CA 93401

AS Hospitality
P.O. Box 504232
Saint Louis, MO 63150-4232

ASCAP
2675 Paces Ferry Road, Suite 350
Atlanta, GA 30339


AT&T Global
P.O. Box 13134
Newark, NJ 07101-5634


AT&T Network
P.O. Box 13148
Newark, NJ 07101-5648


AT&T OneNet
P.O. Box5094
Carol Stream, IL 60197-5094


AT&T- IL
P.O. Box 5091
Carol Stream, IL 60197-5091


Attract Capital, LLC
David Barntt
16 Brandywine Drive
East Setauket, NY 11733


Axis Capital
Department 1685
Denver, CO 80291-1685


BCD Travel
Six Concourse Parkway NE
12th Floor
Atlanta, GA 30328


Beacon Equipment Leasing
95 Hopkins Street
Buffalo, NY 14220


BEST
3003 Genesee Street
Buffalo, NY 14225


BMI General Licensing
P.O. Box 406741
Atlanta, GA 30384-6741

Bogie Hardware, Inc.
913 Larimer Avenue
North Versailles, PA 15137


Boulevard Produce
855 Young Street
Tonawanda, NY 14150


Boylan, Brown, Code, Vigor & Wilson, LLP
24 Chase Square
Rochester, NY 14604


Budget Rent-A-Car
3999 Genesee Street
Buffalo, NY 14225


Buffalo Bridal Assoc.
2727 Harlem Road
Buffalo, NY 14225


Buffalo Hotel Supply
275 Commerce Drive
Buffalo, NY 14226


Buffalo News
P.O. Box 650
Buffalo, NY 14240


Buffalo Niagara Convention & Visitors
617 Main Street, Suite 400
Buffalo, NY 14203


Buffalo Thermograph Service
225 Louisiana Street
Buffalo, NY 14204


Buffalo Welding Supply Company, Inc.
P.O. Box 1186
Buffalo, NY 14240


Canisius College
2001 Main Street
Buffalo, NY 14208

Centimark Corporation
P.O. Box 360093
Pittsburgh, PA 15251-6093


Central Hospitality
780 South Van Buren, Bldg. F
Placentia, CA 92870


Certo Brothers Distributing Company
2500 North America Drive
Buffalo, NY 14224


Chamber of Commerce of the Tonawandas
15 Webster Street
North Tonawanda, NY 14120


Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-9760


Coast to Coast Computer Products
4277 Valley Fair St.
Simi Valley, CA 93063


Corner Stone Telephone Company
P.O. Box 509
Troy, NY 12181-0509


County of Erie
95 Franklin Street
Room 100
Buffalo, NY 14202


D.C.B. Elevator Co. Inc.
P.O. Box 426
Lewiston, NY 14092


Dataworks, LLC
4550 S. Windermere Street
Englewood, CO 80110-5541


Details Unique Gift
188 Ransom Road
Lancaster, NY 14086

DMJ Crystal Waters
8064 N. Main Street
Eden, NY 14057


Dobmeier Janitor Supply Inc.
354 Englewood Avenue
Buffalo, NY 14223


Dow Jones & Company
200 Burnett Road
P.O. Box 30
Chicopee, MA 01020-9983


Drivers License Guide Company
1492 Oddstad Drive
Redwood City, CA 94063


Eaton Office Supply, Inc.
180 John Glenn Drive
Buffalo, NY 14228


Ecolab
P.O. Box 905327
Charlotte, NC 28290-5327


Ecolab Pest Elmination Division
P.O. Box 6007
Grand Forks, ND 58206-6007


Elavon SDS-12-2895
P.O. Box 86
Minneapolis, MN 55486-2895


Empire Merchants North, LLC
P.O. Box 10
Coxsackie, NY 12051-0010


Erie County Tax Collection
Finance Room 100
95 Franklin Street
Buffalo, NY 14202


ESSAE
991 Broadway, Suite 208
Albany, NY 12204

Everlasting Memories
1450 Niagara Falls Boulevard
Suite 210
Tonawanda, NY 14150


F M Communications
1914 Colvin Blvd.
Tonawanda, NY 14150-6995


Fantasy Island
2400 Grand Island Boulevard
Grand Island, NY 14072


Faton, Inc.
Business Financial Services
3111 N. University Dr. Suite 800
Coral Springs, FL 33065


FC Credit Corporation
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053


FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461


First Niagara Bank
726 Exchange Street
Suite 900
Buffalo, NY 14210


G & G Fitness
7250 Transit Road
Buffalo, NY 14221


GE Appliances
Attn.: Shalonda
307 N. Hurstbourne Pkwy.
Louisville, KY 40222


GI Chamber of Commerce
2257 Grand Island Blvd.
Grand Island, NY 14072

Gino's Jewelry & Trophy MFRS
P.O. Box 221440
Beachwood, OH 44122-0999


Graduate School Assoc.
310 Student Union
Buffalo, NY 14260


Greater Buffalo Track Club
c/o Brian McElroy
149 Parkside Avenue
Buffalo, NY 14214


Greater Niagara Mechanical, Inc.
7311 Ward Road
North Tonawanda, NY 14120


Guardian
P.O. Box 530157
Atlanta, GA 30353-0157


Hasler Finacial Services
P.O. Box 45850
San Francisco, CA 94145-0850


Home Depot
P.O. Box 9055
Des Moines, IA 50368


Home Depot Supply
P.O. Box 509058
San Diego, CA 92150-9058


Hotel Print Supply
19401 Elm Hill Pike
Nashville, TN 37210


HSBC Bank USA
c/o Daniel E. Sarzynski, Esq.
Rupp, Baase, et al.
1600 Liberty Building
Buffalo, NY 14202

HSBC Bank USA
Special Credits Unit
One HSBC Center, 26th Fl
Buffalo, NY 14203-2842


HSC
P.O. Box 5996
Chattanooga, TN 37406


Ice is Nice
108 South Drive
Buffalo, NY 14226


Ikon Financial Services
P.O. Box 41564
Philadelphia, PA 19101-1564


Ikon Office Solutions
P.O. Box 827577
Philadelphia, PA 19182-7577


Imperial Door Controls, Inc.
85 Oriskany Drive
Tonawanda, NY 14150-6722


Instantwhip
2117 Genesee Street
Buffalo, NY 14211


Integrys Energy Services
P.O. Box 13248
Green Bay, WI 54307-3248


Intercontinental Hotels Group
3 Ravinia Place
Atlanta, GA 30346


Irwin Commercial Finance
P.O. Box 6214
Indianapolis, IN 46206-6214


Jackson, Lewis - Attorneys at Law
P.O. Box 34973
Newark, NJ 07189-4973

JB Landscaping & Snowplowing
P.O. Box 841
Grand Island, NY 14072


John W. Danforth Service Company
300 Colvin Boulevlardl
Tonawanda, NY 14150


Johnstone Supply
9 Cooper Avenue
Tonawanda, NY 14150


Key Equipment Finance, Inc.
P.O. Box 74713
Cleveland, OH 44194


Kid Stuff
West Forbes Park Bldg. 2704-B-I
P.O. Box 19235
Topeka, KS 66619


Lead From Book Your Team
c/o Susan Shurka
34 Centennial Drive
Hammonton, NJ 08037


Leaf
P.O. Box 1297
Troy, MI 48099-1297


Lease Corporation of America
P.O. Box 1297
Troy, MI 48099-1297


Leslie Pools
P.O. Box 501162
Saint Louis, MO 63150-1162


Lodgenet
3900 West Innovation
Sioux Falls, SD 57107


M & T Credit Services, LLC
P.O. Box 62176
Baltimore, MD 21264

Main St. Bank Leasing Experts
The Leasing Experts
9710 E. Indigo St., Suite 203
Miami, FL 33157


Maintenance USA
P.O. Box 2317
Jacksonville, FL 32203-2317


Maximus Multimedia Int'l
1520 W. Altorfer Drive
P.O. Box 1529
Peoria, IL 61655


McMaster Carr
P.O. Box 7690
Chicago, IL 60680


Meeting Professional Int'l
3030 LBJ Freeway Suite 1700
Dallas, TX 75234-2759


Micros Systems, Inc.
P.O. Box 23747
Baltimore, MD 21203-5747


Milton Pitterman & Associates
5225 Sheridan Drive
P.O. Box 898
Buffalo, NY 14221


Mister Snacks, Inc.
500 Creekside Drive
Buffalo, NY 14228


MPI 6519
13 Mississauga Road
Mississauga, Ontario, Canada
L5N1A6


Muzak, LLC - Great Lakes Region
P.O. Box 71070
Charlotte, NC 28272-1070

National Hospitality Supply
10660 North Executive Court
Mequon, WI 53092


New York State Dept of Tax
Bankruptcy Unit
POB 5300
Albany, NY 12205-0300


New York State Malted Waffles
P.O. Box 325
Weedsport, NY 13166


Niagara Frontier Publications
1859 Whitehaven Road
Grand Island, NY 14072


Niagara Majestic
1625 Buffalo Avenue, Suite 1A
Niagara Falls, NY 14303


Niagara Sports Tournament
2170 Florence Avenue
Ransomville, NY 14131


Niagara University Athletics
P.O. Box 2009
Niagara University, NY 14109-2009


Niagara University Ice Complex, Inc.
Attn.: Dan Guariglia
P.O. Box 2033
Niagara University, NY 14109


North American Hockey
35 Countryside Lane, Apt. 8
Orchard Park, NY 14127


NU Jr. Purple Eagles
2749 Lockport Road
Niagara Falls, NY 14305


NYS Hospitality & Tourism Assoc.
80 Wolf Road
Albany, NY 12205

One Communications
2150 Holmgren Way
Green Bay, WI 54304


Partners & Meetings
132 Nassau Street, Suite 919
New York, NY 10038


Party King
P.O. Box 2037
Duryea, PA 18642


PEMM
271 Tumbleweed Drive
Pittsford, NY 14534


Penn Power
350 Bailey AVenue
Buffalo, NY 14210


Pepsi Bottling Group
P.O. Box 75948
Chicago, IL 60675-5948


Pioneer Manufacturing Co.
4529 Industrial Parkway
Cleveland, OH 44135


Povinelli Cutlery
3810 Union Road
Buffalo, NY 14225


Productive Transportation Inc.
530 Grand Island Boulevard
Tonawanda, NY 14150


Professional Laundry Systems
3655 California Road
Orchard Park, NY 14127


Puget Sound Leasing,
a Division of First Sound Bank
P.O. Box 1295
Issaquah, WA 98027

R B U'Ren Equipment, Inc.
1120 Connecting Road
Niagara Falls, NY 14304


Radiant Systems
P.O. Box 198755
Atlanta, GA 30384-8755


RCMA
One RCA Dome, Suite 120
Indianapolis, IN 46225


Regional Distributors, Inc.
1142 Lexington AVenue
Rochester, NY 14606


Reliable Office Supplies
P.O. Box 105529
Atlanta, GA 30348-5529


Rite Aid Corp.
30 Hunter Lane
Camp Hill, PA 17011


River Oaks Golf Club
201 Whitehave Road
Grand Island, NY 14072


Royal Bank of Canada
One Liberty Plaza - 3rd Floor
New York, NY 10006-1404


Royal Bank of Canada
c/o Garry M. Graber, Esq.
Hodgson Russ, LLP
140 Pearl St., Ste. 100
Buffalo, NY 14202-4040


S&H Holdings, LLC
83 Bryant Street, Apt. 9D
Buffalo, NY 14209-1831


Schwietzer, Howard
83 Bryant Street, Apt. 9D
Buffalo, NY 14209-1831

Score Chapter 45
130 S. Elmwood Avenue, #540
Buffalo, NY 14202

Sealy Mattress Company
Veterans Memorial Drive
Green Island, NY 12183-1517

SESAC
55 Music Square
Nashville, TN 37203

Sheridan Soft Water
460 Kennedy Road
Buffalo, NY 14227

Sherwin Williams
301 MeadowDrive
North Tonawanda, NY 14120-2819

Simplex Grinnell
Dept. CH 10320
Palatine, IL 60055-0320

Skyline Publishing
P.O. Box 9014
Peoria, IL 61612

Southern Wines & Spirits
P.O. Box 4705
Syracuse, NY 13221-4705

Sportsmith
5925 South 118th East Avenue, Suite B
Tulsa, OK 74146

Staples, Inc.
ROC P.O. Box 415256
Boston, MA 02241-5256

Supermedia LLC
P.O. Box 619009
Dallas, TX 75261-9009

Synchronet
3654 Clinton Street
Buffalo, NY 14224


SYSCO Food Services - Syracuse
2508 Warners Road
Warners, NY 13164


Systems Technology Group, Inc.
1159 Abbott Road
Buffalo, NY 14220


TelNet Corporation
659D Lakeview Plaza Boulevard
Worthington, OH 43085


The Cheese Factory
4856 Lake Avenue
Buffalo, NY 14218


Tops Markets
6592 Paysphere Circle
Chicago, IL 60674


Toro-GE Credit
GE Money Bank
P.O. Box 960061
Orlando, FL 32896-0061


Tour Connection, INc.
125 Wlanut Street
Rochester, MI 48307


Town of Grand Island
Town Clerk
2255 Baseline Road
Grand Island, NY 14072


U.S. Foodservice
P.O. Box 644547
Pittsburgh, PA 15264-4547


Ultramar Travel Management
14 East 47th Street
New York, NY 10017

Unites States Postal Service
P.O. Box 7247-0217
Philadelphia, PA 19170-0217


Upstate New York Hotel Marketing Assoc.
2666 Corning Road
Horseheads, NY 14845


US Bankcorp
Manifest Funding Services
1450 Channel Parkway
Marshall, MN 56258


V.J. Stanley
11 White Street
Rochester, NY 14608-1430


Verizon
P.O. Box 15124
Albany, NY 12212-5124


Verizon Wireless
P.O. Box 15026
Albany, NY 12212-5026


Watson Bennett Colligan Johnson & Schech
12 Fountain Plaza, Suite 600
Buffalo, NY 14202


WNY Hotel & Motel Assoc.
Two Fountain Plaza
Buffalo, NY 14202


WNY Jobs.Com
31 Buffalo Street
Hamburg, NY 14075


X Press 1 Hour Dry Cleaners
2275 Grand Island Boulevard
Grand Island, NY 14072


Xeta Technologies
P.O. Box 843006
Kansas City, MO 64184-3006

```
Zeplowitz, Barbara
81 Forestlake
Getzville, NY 14068
```